820

No. 118. J. C. PENNEY Co. v. THACKER. C. A. 5th Cir. Certiorari denied. *William L. Kerr* for petitioner.

No. 120. LOUISIANA STATE BOARD OF EDUCATION ET AL. v. LARK ET AL. C. A. 5th Cir. Certiorari denied. *Jack P. F. Gremillion*, Attorney General of Louisiana, *George M. Ponder*, First Assistant Attorney General, and *William P. Schuler*, Assistant Attorney General, for petitioners. *Thurgood Marshall* for respondents.

No. 121. NECHES RIVER CONSERVATION DISTRICT v. SEEMAN, DIVISION ENGINEER, ET AL. C. A. 5th Cir. Certiorari denied. *J. Chrys Dougherty, Thomas Gibbs Gee, Robert J. Hearon, Jr.* and *Ireland Graves* for petitioner. *Solicitor General Rankin, Assistant Attorney General Morton, Roger P. Marquis* and *David R. Warner* for respondents.

No. 122. ANDERSON ET AL. v. SEEMAN, DIVISION ENGINEER, ET AL. C. A. 5th Cir. Certiorari denied. *J. Chrys Dougherty, Thomas Gibbs Gee, Robert J. Hearon, Jr.* and *Ireland Graves* for petitioners. *Solicitor General Rankin, Assistant Attorney General Morton, Roger P. Marquis* and *David R. Warner* for respondents.

No. 129. COMPTROLLER OF THE TREASURY OF MARYLAND v. GLENN L. MARTIN Co. (NOW KNOWN AS MARTIN COMPANY). Court of Appeals of Maryland. Certiorari denied. *C. Ferdinand Sybert*, Attorney General of Maryland, and *Charles B. Reeves, Jr.*, Assistant Attorney General, for petitioner. *William L. Marbury* for respondent.